**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIANA MONTSERRAT ARTEAGA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 1:20-cv-00041 | |
| § | | |
| MICHAEL POMPEO, United States § | | |
| Secretary of State, § | | |
| Defendant. § | | |

## ORDER

Before the Court is Norma Limon's, Michael Pompeo's, Chad Wolf's, and the United States of America's (collectively "Defendants") "Defendants' Partial Motion to Dismiss Plaintiff's Amended Writ for Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF 18]" ("Partial MTD") (Docket No. 20). Mariana Montserrat Arteaga ("Plaintiff") is unopposed. *See* Docket No. 22.

Defendants' Partial MTD (Docket No. 20) is **GRANTED**. Accordingly, the sole surviving defendant in this case is U.S. Secretary of State Michael Pompeo for an alleged violation under 8 U.S.C. § 1503(a), *only*. The District Clerk's Office is **ORDERED** to terminate all other defendants.

Signed on this **27th** day of **August**, 2020.

_____
Rolando Olvera
United States District Judge